RE: _Larncy Lee Rolle_    ☒ **PRO SE**    Case # _15-13246 RAM_

## TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

- ✓ Tax returns: 2012   (2014)  Corp 2012 2013 2014
- ✓ Bank Account Statements ☒ 3 months pre-petition
  _#2617/0488  11/23 - 12/10_
- _Amend SCB #2 to disclose Bank acct w/ value_
- ___ Explain W/D
- ✓ (FMV (NADA/Carmax)) Reg and Payoff: Vehicles
- ✓ FMV and (Payoff): Real Estate
- ___ Non homestead Information Sheet
- ✓ Wage deduction order or motion to waive

**BUSINESS DEBTOR DOCUMENTS**
- ✗ BDQ & attachments ☒ Profit & Loss ☒ Balance Sheet
- ✗ Bank statements and checks ☐ 3 months

_Amend SCB #25 to disclose Cadillac_
_Amend Sch J to remove mortgage payment (paid in plan)_

- ___ Fee application (see court guideline 6)
- ___ Income understated ___ stubs ___ taxes
- ___ co-debtor ___ stubs ___ taxes
- ___ Spouse's pay advices/spouse's wages not disclosed
- ___ Proof of household size (government ID w/ address) and income of all adults
- ___ Best effort < 36 months < 60 months
- ___ Expenses objectionable: Sch J ☐ Provide Proof
- ___ D/I  > 100%  < 90%  Feasibility
- ___ Info on transfer  SOFA #3 #10 undisclosed
- ___ Tolling Agreement(s)

Other: _CMI incomplete_
_Amend plan to start monthly plan payment in month 1_

- ✓ Photo ID(s)  ☒ LF67  ☐ LF10
- ___ Domestic Support Info: name address and phone
- ___ Affidavits of ___ support ___ rent
- ✓ ☐ 2016(B) ☐ 401K/Retirement Stmts ☒ Life Ins. Policy
- ✓ Other provisions ☒ IVL ☐ 100% ☐ lawsuit ☐ lease  ☐ gambling ☐ HAMP ☐ LMM/MMM
- ___ Plan does not fund
- ___ Calculation errors/improper months
- ___ Valuation motion ☐ not filed ☐ not resolved
- ___ LMM/MMM motion ☐ not filed
- ___ Reaffirm, redeem or surrender Sch D & G creditor
- ___ Creditor on plan not listed in Schedules or no filed POC
- ___ Priority debt on Sch E not in plan
- ___ Object or Conform to Proof of Claim
  ___ Miami-Dade County  ___ Tax Certificate(DE#___)
  ___ Dept of Revenue  ___ IRS

_Amend SOFA #18 to disclose business_

☐ Notice of Filing HAMP ☐ Other _____

- ___ **Objection to Exemption** (specifics to be filed)
  ___ To be heard with confirmation at 1:30 pm
- ✓ Ch 7 s/b _16,850.00_
- ✓ Good faith to unsecured
- ✓ Expenses: documentation/calculation: CMI line _5 (what business is this?), 9, 18, 23, 31_
- ___ CMI/DI _____ x 60 = _____
- ☐ Plus income/expenses issues ☐ Trustee est. $___
- ___ Undervalued collateral should be crammed down

_Amend Sch E to remove HUD (not priority)_
_Amend plan to start secured creditor payment in month 1_

The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee (15 days before confirmation hearing) may not be considered or reviewed until the next hearing date. 5pm refers to the end of business on the hearing date.

***IMPORTANT NOTICE: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION STATED BELOW, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.***

*The debtor or debtor's attorney must appear at the confirmation hearing*

\*\*\*The Trustee's recommendation for the confirmation hearing on  **April 14, 2015**  is as follows:

**Continue to 5/12**

**15-13246**

For 5/12 calendar, the following docs must be received by 5PM on 4/24 to avoid dismissal: a) 2014 tax returns, b) bank stmts #2617/0488 (11/23-12/10), c) amend Sch B #2 to disclose bank acct with value, d) FMV (NADA/Carmax only) of vehicles, e) payoff of real estate, f) WDO or motion to waive, g) BDQ, profit/loss and balance sheet & 3months business bank stmts, h) amend Sch B #25 to disclose Cadillac, i) amend Sch J to remove mortgage payment (paid in plan), j) DL, k) LF67, l) provide life ins policy, m) amend plan to provide IVL (www.ch13herkert.com/planlanguage.pdf), n) amend SOFA #18 to disclose business, o) amend plan to pay CH7 of $16850.00, p) good faith to unsecured creditors, q) evidence/calculation of CMI line #5, 9, 18, 23 & 31, r) amend Sch E to remove HUD, s) amend plan to start secured creditor payment in month 1, t) amend plan to start monthly plan payment in month 1, u) amend CMI to complete

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by,
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027, (954) 443-4402